# Attachment 1

PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL VASQUEZ and JOSEPH RIOS, <br><br>  Plaintiffs, <br><br> v. <br><br> KAWEAH HEALTH MEDICAL CENTER; EVA HIRWE, M.D.; SHAMIKA BANKS, M.D.; and DOES 1 to 250, inclusive, <br><br>  Defendants. | Case No. <br><br> **CERTIFICATION REGARDING SCOPE OF EMPLOYMENT** |

  Pursuant to 42 U.S.C. § 233(c) and by virtue of the authority delegated to me by the United States Attorney for the Eastern District of California under 28 C.F.R. § 15.4, I hereby certify the following:

  1. I have read the complaint in Tulare County Superior Court Case No. VCU297964, *Maribel Vasquez and Joseph Rios v. Kaweah Health Medical Center; Eva Hirwe, M.D.; Shamika Banks, M.D.; and Does 1 through 250.*

  2. On the basis of the information now available to me, Defendant Dr. Eva Hirwe was a deemed employee of the Public Health Service pursuant to 42 U.S.C. § 233(g), and was acting within

the course and scope of such employment at the time of the incidents alleged in the Complaint.

Dated:  November 16, 2023

_____
Chi Soo Kim
Chief, Civil Division
United States Attorney's Office
Eastern District of California