# CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers:

That on November 28, 2023, she served a copy of:

**NOTICE OF PETITION REMOVING CIVIL ACTION FROM STATE COURT; CERTIFICATION REGARDING SCOPE OF EMPLOYMENT; CIVIL COVER SHEET**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

**Plaintiffs' Counsel:**
Bruce G. Fagel
Vadim Braslavsky
Law Offices of Bruce G. Fagel and Associates
9200 W. Sunset 'Blvd., Suite 670
West Hollywood, CA  90069
E-mail:  brucefagel@fagellaw.com
E-mail:  vadimbraslavsky@fagellaw.com

**Counsel for Defendant Shimeka Banks, M.D.**
Kevin E. Thelen, Esq.
LeBeau Thelen
5001 E. Commercenter Dr., Suite 300
Bakersfield, CA  93389-2092
E-mail:  kthelen@lebeauthelen.com
E-mail:  tcherry@lebeauthelen.com

**Counsel for Defendant Kaweah Health Medical Center**
Richard Salinas, Esq.
Salinas Law Group
8405 N. Fresno St., Suite 150
Fresno, CA  93720
E-mail:  rsalinas@salinaslg.com

                                       /s/Bonnie L. L'Argent
                                            Bonnie L. L'Argent