1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIBEL VASQUEZ, ET AL.,** | NO. **1:23–CV–01652–SKO** |
| Plaintiff, | ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT |
| v. | |
| **KAWEAH HEALTH MEDICAL CENTER, ET AL.,** | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to paragraph (m) of the Automated Case Assignment Plan, Appendix A to the Local Rules of the United States District Court, Eastern District of California, this case was randomly assigned directly to Magistrate Judge Sheila K. Oberto. Without the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case. Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment.

/s/ SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE