PHILLIP A. TALBERT
United States Attorney
JEFFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4019
Email: Jeffrey.lodge@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIBEL VASQUEZ and JOSEPH RIOS,<br><br>  Plaintiffs,<br><br>v.<br><br>KAWEAH HEALTH MEDICAL CENTER; EVA HIRWE, M.D.; SHAMIKA BANKS, M.D.; and DOES 1 to 250, inclusive,<br><br>  Defendants. | Case No. 1:23-cv-01652-JLT-SKO<br><br>**ORDER GRANTING UNITED STATES' MOTION TO SUBSTITUTE, DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6), AND REMAND**<br><br>DATE: January 12, 2024<br>TIME: 9:00 A.M.<br>COURT: Ctr 4, 7th Floor<br>Hon.  Jennifer L. Thurston |

The United States having filed a Notice of Motion and Motion to Substitute, Dismiss Under Federal Rules of Civil Procedure 12(b)(6), and Remand, Dkt. 9, and Plaintiff having filed a non-opposition, Dkt. 11-13, and for good cause shown, IT IS ORDERED:

1. The United States' motion to substitute itself in place of Dr. Hirwe is granted;

2. The United States' motion to dismiss the claims against Dr. Hirwe and the United States pursuant to Rule 12(b)(6) are granted and all claims against Dr. Hirwe and the United States are dismissed without prejudice; and

///

///

///

///

///

3. The United States' request for remand of the remaining claims against the non-Federal defendants, with the approval of the Plaintiff, is hereby granted and the case against the non-Federal defendants is remanded to Tulare County Superior Court.

IT IS SO ORDERED.

Dated: __**January 17, 2024**__  
UNITED STATES DISTRICT JUDGE